IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Solorzano,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Voya Retirement Insurance and Annuity Company,<br><br>　　　　　　Defendant. | No. CV-24-0837-PHX-DGC<br><br>**ORDER** |

Pending before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. Doc. 20.

**IT IS ORDERED** this matter is dismissed with prejudice, with each party to bear their own costs, expenses, and attorneys fees, except as set forth in the parties' settlement agreement.

Dated this 4th day of September, 2025.

*David G. Campbell*
David G. Campbell
Senior United States District Judge